AO 248 (Rev. 08/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

WILLIAM DIXON ADELMAN

Case No. 17CR3580-JLS

ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

(COMPASSIONATE RELEASE)

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A) (ECF No. 62), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission,

IT IS HEREBY ORDERED that the motion is DENIED after complete review of the motion on the merits.

FACTORS CONSIDERED:

Even if the Court were to conclude that Defendant's type II diabetes, sleep apnea and BMI present extraordinary and compelling grounds for relief under Section 3582(c)(1)(A)(i), the Court finds that the risk of danger to the community and the factors set forth in 18 U.S.C. § 3553(a) preclude a favorable exercise of the Court's discretion.  Defendant was convicted of travelling to Mexico with the intent to engage in sexual activity with minor children.  Although this was Defendant's first offense, the conduct surrounding the offense was dangerous and disturbing.  On multiple occasions, Defendant sought the commercial sexual services of prepubescent minor females as young as eight years old.  Defendant was also discovered to have been in communication with over ten minor females and in possession of child pornography.

Defendant has served only 38 months of his 90-month sentence, which the Court views as inadequate to reflect the seriousness of the offense.

The Court is not persuaded that Defendant's safety to the community can be reasonably assured or that early release is consistent with the goals of just punishment, adequate deterrence, protection of the public, need for treatment, and avoidance of sentence disparities under 18 U.S.C. § 3553(a). Accordingly, Defendant's Motion to Reduce Sentence under 18 U.S.C. § 3582(c)(1)(A)(i) is DENIED.

IT IS SO ORDERED.

Dated: December 18, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge